13 A.3d 886

IN THE MATTER OF BEN KATZ, A/K/A BENJAMIN ZEV KATZ, AN ATTORNEY AT LAW (ATTORNEY NO. 056031994).

March 14, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–234, recommending that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **BEN KATZ, a/k/a BENJAMIN ZEV KATZ** of **BAYSIDE, NEW YORK,** who was admitted to the bar of this State in 1994, be disbarred based on discipline imposed in New York that in New Jersey constitutes violations of *RPC* 1.15(a) (failure to safeguard client funds), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.2d* 1153 (1979);

And **BEN KATZ, a/k/a BENJAMIN ZEV KATZ,** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **BEN KATZ, a/k/a BENJAMIN ZEV KATZ,** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.